**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Michael Wayne McIntosh v. The State of Texas

Appellate case number:    01-15-00109-CR

Trial court case number:  13-CR-3003

Trial court:            56th District Court of Galveston County

       On March 23, 2015, counsel for appellant filed a Notice of Dismissal of Appeal, which we construe as a motion to dismiss. The motion is **DENIED, without prejudice to refiling**, because it is not signed by the appellant. Pursuant to Texas Rule of Appellate Procedure 42.2(a), any voluntary motion to dismiss in a criminal case must be signed by the appellant and his or her attorney.

       It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
             ☑ Acting individually    ☐ Acting for the Court

Date: April 14, 2015